# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**JAMES EDWARD PAYNE,**

        **Plaintiff,**

vs.                             **CASE NUMBER: 6:08-CV-143 (DNH/DEP)**

**OFFICER BRANDON JONES, Ind. and as a member of the City of Utica Police Department; OFFICER JOHN ABEL, Ind. and as a member of the City of Utica Police Department; and CITY OF UTICA,**

        **Defendants.**

**Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff James Edward Payne in the amount of $145,782.18 against defendants Brandon Jones and City of Utica.

All of the above pursuant to the jury verdict entered on September 24, 2009 and order of the Honorable Judge David N. Hurd, dated the 25th day of November, 2009.

DATED: November 25, 2009

*Lawrence K. Baerman*
Clerk of Court

s/Susan Evans
Deputy Clerk

Entered on Docket: 11/25/09     se
                         Date              By